**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 24-cv-1611 |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE ELECTRONICALLY
PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff seeks the Court's authorization to effectuate service of process, as well as service of other pleadings, by electronic publication and e-mail in this action. A Memorandum of Law in Support of this Motion is filed herewith.

Dated: February 27, 2024

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. Lasalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com

Attorneys for Plaintiff