**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 24-cv-1611<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that on March 5, at 9:45 AM or as soon thereafter as counsel may be heard, counsel for Plaintiff in the above-captioned action shall appear before the Honorable Sara L. Ellis or any judge sitting in her stead, in Courtroom 1403 of the Everett McKinley Dirksen U.S. Courthouse, U.S. District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois 60604. Counsel for Plaintiff shall at said time present Plaintiff's: (1) Motion for Entry of Temporary Restraining Order (Dkt. 6), filed February 27, 2024; (2) Motion for Leave to Serve Electronically Pursuant to Fed. R. Civ. P. 4(f)(3) (Dkt 10), filed February 27, 2024; and (3) Motion for Leave to File Under Seal (Dkt. 12), filed on February 27, 2024.

Date: February 27, 2024

Respectfully submitted,

/s/BRANDON BEYMER
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**